**95–2558.   Sparks v. State Farm Mut. Auto. Ins. Co.**

Franklin App. No. 95APE03–339.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–665.   McKinney v. Schlatter.**

Butler App. No. CA96–05–100.   This cause is pending before the court as a discretionary appeal and cross-appeal.   Upon consideration of appellees/cross-appellants' application for dismissal of their appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted.

The appeal of Linda J. McKinney et al. remains pending.